# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY FRED HAMILTON,　　　　　　　　No. CIV S-09-1411-MCE-CMK-P

　　　　Petitioner,

　　vs.　　　　　　　　　　　　　　　　ORDER

LYDIA HENSE,

　　　　Respondent.

_____/

　　　　Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 25, 2009, the court issued findings and recommendations that this action be summarily dismissed as unexhausted. Good cause appearing therefor, the findings and recommendations are vacated. The court will address petitioner's petition by separate findings and recommendations issued herewith.

　　　　IT IS SO ORDERED.

DATED: August 27, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1